UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMADO LOPEZ NOLASCO (A-248-004-944),

Petitioner,

v.

WARDEN, KROME NORTH SERVICE PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-08268-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 13)

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within five days. (Doc. No. 13.) On October 20, 2026, Respondents objected to the findings and recommendations "[f]or the reasons set forth

/////

/////

/////

/////

in Respondents' previous briefing."[1] (Doc. No. 14.)

Respondents' arguments were already addressed and rejected by the magistrate judge. The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 15, 2026 (Doc. No. 13), are ADOPTED;
2. Petitioner's application for a writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Within fourteen (14) days of the date of entry of this order, Respondents are ORDERED to provide Petitioner Amado Lopez Nolasco (A-248-004-944) a bond hearing before an immigration judge pursuant to 8 C.F.R. § 1236.1(c)(8) at which Petitioner shall bear the burden of showing that he is not a flight risk or a risk to community safety;
    b. Respondents are ORDERED to provide Petitioner and his counsel, if any, with seven (7) days' advance notice of the date and time of the scheduled bond hearing and allow Petitioner to have counsel present at the hearing should he so desire;
    c. If Respondents fail to comply with the above, Petitioner shall be immediately released from Respondents' custody; and
    d. Within seventeen (17) days of the date of entry of this order, Respondents are ORDERED to file a status report with this court certifying compliance with this order and attaching, as applicable, the immigration judge's order from the

[1] Respondents also request that the warden of Krome North Service Processing Center be dismissed. (Doc. No. 14.) The undersigned agrees that the proper Respondent is the warden of the Golden State Annex detention facility and will accordingly direct the Clerk of the Court to substitute as Defendant the Warden of the Golden State Annex for the Warden of Krome North Service Processing Center.

bond hearing;

3. The Clerk of the Court is directed to substitute as Defendant the Warden of the Golden State Annex for the Warden of Krome North Service Processing Center;
4. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and
5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dena Coggins
United States District Judge